## UNITED STATES of America, Appellant, v. CERTAIN LAND SITUATE IN COUNTY OF WAYNE, STATE OF MISSOURI, etc., et al.

### No. 12306.

Circuit Court of Appeals, Eighth Circuit.

May 27, 1942.

Harry C. Blanton, U. S. Atty., and M. Walker Cooper, Sp. Asst. U. S. Atty., both of St. Louis, Mo., for appellant.

744

Finch & Finch, of Cape Girardeau, and Marshall Craig, of Charleston, for appellees.

PER CURIAM.

Appeal from United States District Court, 40 F.Supp. 792, docketed and dismissed without taxation of costs in favor of either party in this Court, pursuant to stipulation.